IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YAROSLAV RUSSU,<br><br>   Plaintiff,<br><br>    v.<br><br>DELTA AIRLINES<br>a Georgia Corporation,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:10-CV-12-TWT |

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice.

SO ORDERED, this 4 day of May, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge


T:\ORDERS\10\Russu\r&r.wpd